People of the State of Illinois, Plaintiff-Appellee, v. Roy Clemens (Impleaded), Defendant-Appellant.

Gen. No. 49,239.

First District, Second Division.

February 19, 1964.

Gerald W. Getty, Public Defender of Cook County, of Chicago (James J. Doherty and William J. Moran, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and John J. O'Toole, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.